# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ADVANCED CARE PHARMACY LLC,**
**WORLD WIDE MEDICAL TECHNOLOGIES LLC,**

    **Plaintiffs,**

v.                                            **CASE NO. 4:04-cv-00118-SPM-AK**

**ANAZAOHEALTH CORPORATION,**
**GARY DALIN,**
**FLORIDA PHARMACY ASSOCIATION,**
**MICHAEL A JACKSON,**
**KATZ KUTTER ALDERMAN AND BRYANT PA,**

    **Defendants.**
_____/

## O R D E R

This matter is before the Court on Defendants' Motion to Extend Time to Respond to Crossclaim. (Doc. 72). Having considered said motion, which is unopposed, the Court is of the opinion that it should be GRANTED, and Defendant Katz Kutter Alderman and Bryant shall have through July 18, 2005, to respond to the crossclaim.

    **DONE AND ORDERED** this **15th** day of July, 2005

                            *s/ A. KORNBLUM*
                            **ALLAN KORNBLUM**
                            **UNITED STATES MAGISTRATE JUDGE**