IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WORLD WIDE MEDICAL
TECHNOLOGIES, LLC, et al.,

    Plaintiffs,

vs.                                    CASE NO.: 4:04CV118-SPM/AK

FLORIDA PHARMACY ASSOCIATION, et al.,

    Defendants.

_____/

### ORDER DIRECTING PLAINTIFFS TO RESPOND

Pending before the Court are the motions to dismiss (docs. 65 and 66) Plaintiffs' first amended complaint. Plaintiff has not responded to the motions as required, which is "sufficient cause to grant the motion[s]." N.D. Fla. 7.1(C). The Court will, however, give Plaintiffs an additional opportunity to respond. Accordingly, it is

ORDERED AND ADJUDGED that Plaintiffs shall have up to and including July 22, 2005 to respond to the motions to dismiss in accordance with Northern District of Florida Local Rule 7.1(C).

DONE AND ORDERED this 14th day of July, 2005.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                United States District Judge